UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#291534

IN RE:  
NOEL CARCAMO  
EDITA CARCAMO

CASE NO. 06-10797-BKC-RAM

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 299.75 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

NOEL CARCAMO  
EDITA CARCAMO  
14071 S.W. 72 TERRACE  
MIAMI, FL 33183

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

CHARMING SHOPPES-FASHION BUG  
FIRST EXPRESS  
P.O. BOX 856021  
LOUISVILLE, KY 40285

CHEVRON CREDIT BANK, N.A.  
2001 DIAMOND BLVD.  
PO BOX 5010, SECT. 230  
CONCORD, CA 94524-0010

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   06-10797-BKC-RAM
NOEL CARCAMO
EDITA CARCAMO

CHAPTER 13

NOEL CARCAMO
EDITA CARCAMO
14071 S.W. 72 TERRACE
MIAMI, FL 33183


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHARMING SHOPPES-FASHION BUG    ---------$          15.86
FIRST EXPRESS
P.O. BOX 856021                                     UNDELIVERABLE/STALE
LOUISVILLE, KY 40285                                CLAIM REGISTER# 13

CHEVRON CREDIT BANK, N.A.       ---------$         283.89
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                              UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                              CLAIM REGISTER# 18-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130